

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00368-CV

**BELLA VISTA CMI LTD.** d/b/a Bella Vista Homes d/b/a Bella Vista d/b/a Legend Homes and
CIL Holdings, LLC,
Appellants

v.

Devin **MCCROY** and Deja McCroy,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI04392
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: October 23, 2024

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of conference indicating appellants filed it "pursuant to a Rule 11 Agreement executed by Appellant and Appellee." We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We order the costs of this appeal to be paid by the parties that incurred them. *See id.* R. 42.1(d).

PER CURIAM